# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138485
& (17)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                  SC: 138485
                                                  COA: 289235

RICHARD JAMES MARTINEZ,
      Defendant-Appellant.
                                                  St. Clair CC: 08-000726-FH

_____/

      On order of the Court, the motion to add issues is DENIED. The application for leave to appeal the January 26, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009                                       _____

                                                        Clerk